UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIM TICKE,

        Plaintiff,

v.                                   Case No: 6:22-cv-628-RBD-EJK

TERMINIX INTERNATIONAL, INC.,

        Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 7) filed April 7, 2022. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 27, 2022.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record